AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 2:13 pm, Sep 03, 2020*

JORGE LLUFRIO,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV519-122

TRACY JOHNS,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on 9/2/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, the Respondent's Motion to Dismiss is GRANTED, Petitioner's 2241 petition is DENIED, and Petitioner is DENIED in forma pauperis status on appeal. This case stands CLOSED.

Approved by: *[signature]*
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: September 3, 2020

John E. Triplett, Acting Clerk
Clerk

*Candy Asbell*
(By) Deputy Clerk

GAS Rev 10/1/03